[Rule 202. Judicial Notice of Law. (a) Scope of Rule.] This rule governs only judicial [notice] of law. [(b) Without Request] - Mandatory - Without request by a party, the court should take judicial notice of the common law, the Constitution of the United States and of this state, the public statutes of the United States and this state, the provisions of the Alaska Administrative code, and all rules adopted by the Alaska Supreme Court.

[(c) - Without request - optional -] Without request by a party, the court may take judicial notice of: (1) All duly adopted federal rules of court, and the constitutions, public statutes and duly adopted regulations and rules of court of every state, territory and jurisdiction of the United States.

(2) Private acts and resolutions ②

of the United States and of the legislature of this state and duly published regulations of the United States. (3) Duly enacted ordinance of municipalities or other governmental subdivisions, and emergency orders or unpublished regulations adopted by agencies of this state. (4) The laws of foreign countries, international law and maritime law. (5) any matter of law which would fall within the scope of this subdivision or subdivision (b) of this rule but for the fact that it has been replaced, superseded or otherwise rendered no longer in force.

(d) ~~with request - mandatory.~~ upon request of a party, the court shall take judicial notice of each matter specified in subdivision (b) if the requesting party furnishes sufficient information and has given each party notice adequate to enable the party to meet the request.

ALASKA RULES OF EVIDENCE