If you people at the Federal Defender's service are able to think about it to have my motions be approved which were enclosed before-hand I would appreciate the help. If you people aren't able to help with the complaint issue I'd like for you people to transfer the mail I sent before-hand plus these enclosed 2 letters & a complaint & a motion to dismiss to one of the few addresses below.

Alaska judicial council
1029 W. Third Avenue, Suite 201
Anchorage, Alaska 99501-1969

Federal Bureau of Investigation - Juneau: 709 W. 9th Ave.
101 E. 6th Ave                           Room 957 Box 020010
Anchorage AK 99501                       Juneau 99802
Fairbanks 101 12th Ave, Box 13
          Fairbanks 99701

District of Alaska Anchorage office
Federal Building U.S. Courthouse
222 W. 7th Ave. #9 Room 253
Anchorage AK
                99513-7567

P.S. have not been given effective counsel where even Marshall of OPA denies me my right to the law through judge Leonard Devaney III please help before 03-28-06

[Stamp: Filed in the Trial Courts STATE OF ALASKA, THIRD DISTRICT MAY 08 2006 By _____ Deputy Clerk of the Trial Courts]

My Constitutional Rights are being rejected even through Judge Devaney, and y so called effective Counsel Ms. Marshall.

03-16-06

*George Whitman III*
George Whitman III

To: Sean Brown & Michelle Power or anyone else of use
From: George Whitman III of Bethel, Alaska
Re: Knowledge of my rights to the law & Constitutional rights being broken.

*Filed in the Trial Courts STATE OF ALASKA, THIRD DISTRICT MAY 08 2006 By _____ Clerk of the Trial Courts Deputy*

  Hello People. I'm a 24 year old Alaskan Native. My birth area and home town is of Bethel, Alaska. Lived in Bethel all my life. I'm making a complaint of what's going on with my case. I"m well aware that my constitutional rights are being broken and my rights to the law along with the Constitutional Laws. My unauthorized attorney and the judge do not accept letters from me. Ms. Marshall has told me that everything that I have learned of the law is totally untrue. I've learned a lot of facts of the law that concern my case in which Ms. Marshall denies. Saying I don't tell her how to study law. I've got no clue of what to do.

  Today I called up Mr. Kay's office to notify him I'm firing Ms. Marshall cause she is not interested in her client's interests. How in the world is the judge about to deny a letter or motion even before he reads the letter or motion.

  I've been in jail nearly 20 months. I know the evidence my attorney claims that the D.A. may use against me is able to be suppressed. She tells me nope. And tells me that I'm a High School Drop Out. According to Criminal Rule 12(b)(3) I'm aware that my supposed evidence must be suppressed. I've even learned of where I'm to be released from jail. I've got no source of income at all because of my incarceration. I don't know how much cash I'd need to hire a more advanced attorney or who I'm to contact to help me with the Bethel Court Houses' Government Negligence, and Manifest injustice. Where my own attorney denies me my rights to the law. I've already learned of how to be released from jail without having to go to trial. The judge denies my letters or motions cause he claims that my attorney is totally sufficient or already have counsel.

Page 1 of 3

What am I to do. If I'm being denied my right to the law I'd like to be able to contact someone who can make this Negligence a Federal Issue. The judge knows that he must accept letters or motions regardless if I've got counsel. My OPA attorney also knows how out-of-area she is. I've complained to the judge about my attorney. I've been through many attorney's but she is the only attorney who might've been actually rightfully retained. Even Marshall says that unless I can hire a real attorney then I will not get effective counsel. The judge no longer wishes to hear my arguments on-the-record anymore. In fact he cut me off while I was explaining; No state shall make or encorce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person within it's jurisdiction the equal protections to the law. He just cut me off. Talk about negligence. A judge must be able to handle cases promptly, fairly and efficiently. The judge is darn practicing unlawful practices of the law. He knows it, the d.a. knows it and so does my own attorney. I've sent them 3 at least 15 total letters of all the same stuff. Concerning Pre-Trial Motions. Judicial Notice of Fact. Judicial Notice of Law. Suppressance of Evidence. Complaint issues and much more. All the judge says is go through your attorney. He knows she wouldn't listen. All letters I've sent are either to get one or two motions accepted or to advise 'em where I know my or any-body else's rights to the law or Constitutional Laws to the United States are being broken.

I no longer intend to go to trial. I know how hard my rights to the law are severely being broken. If you all are going to create the law then break them yourselves, then there's no reason for me to be kept in jail or anyone else. Please help me out. If I've got to finally go to trial after 20 months of incarceration in 2-3 more weeks it will be without an attorney just so that I can make myself heard on my arguments of the law. Criminal Rule 45(f)   // page 2 of 3

states that any person who pleas out a plea of no contest or guilty constitutes waiver of the Rule 45 commencement prior to trial and any defendant failing to dismiss the indictment under this rule constitutes waiver of the Rule 45 Commencement. Criminal Rule 45(f) states that any person who pleas out a plea of no contest or guilty constitutes a waiver of the Rule 45 Commencement prior to trial and any defendant failing to dismiss the indictment under this rule constitutes a waiver. The judge denies my motions cause he says that my at most negligent attorney claims she does not listen to me. I'm sure that underneath Rule 45(g)-absolute discharge I'll be released from jail. Nearly 8 Criminal Rule 45's have passed since I came to jail. H-E-L-P M-E.

From,

*George Whitman III*
George Whitman III
the Defendant

P.S. I know how bad my rights to the law are being broken. "No State shall make or encorce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any state deprivee any person within it's jurisdiction the equal protections of the law." 20 month delay. Presumptively Prejudicial to my case which must get my charges dismissed with prejudice.