To: Judge Devaney, Prosecuting Attorney, OPA
From: George Whitman III                date made: January 16, 2006
re: court proceedings/ Pre-Trial Motions

Rule 45 Speedy Trial
(C) When Time Commences to Run- (c)(1) Generally- Except as provided in subparagraphs (2) through (5), the time for trial shall begin running, without demand by the defendant, from the date the charging document is served upon the defendant.
(A) Prioritiesin Scheduling Criminal CAses- The court shall provide for placing criminal proceedings upon appropriate calendars. Preference shall be given to criminal proceedings and the trial of defendants in custody shall be given preference over other criminal cases. Trial dates in criminal cases in the Superior court shall be set at the time of arraignment, and if a trial date is there-after vacated, the trial shall be immediately set for a date certain.

The 12 month post-indictment delay is sufficient to trigger our Barker inquiry. Story claims that not only did the [*4] government cause the delay, but it did so in bad faith in order to gain impermissable advantage at trial. HN 5- A bad faith delay "would present an overwhelming case for dismissal," Doggett 505 U.S. at 656. Government negligence likewise weighs in favor of dismissal, but less so. Negligence must be accompanied by severe prejudice or an extraordinary delay in order to demand dismissal. Barker, 407 U.S. at 531; United States v. Shell, 974 F. 2d 1035, 1036 (9th Cir. 1992); Beamon, 992 F. 2d at 1014.

Rule 43. Dismissal
(a) By District Attorney- The prosecuting attorney may file a dismissal of an indictment, information or complaint and the prosecution shall there-upon terminate. Such a dismissal shall not be filed during the trial without the consent of the defendant.
(b) By Court. If there is unnecessary delay in presenting the charge to a grand jury or in filing an information against a defendant who has been held to answer to the superior court, or if there is unnecessary delay in bringing a defendant to trial pursuant to Criminal Rule 45, the court shall dismiss the indictment, information or complaint.
(c) In Furtherance of Justice- The court may, either on its own motion or upon the application of the prosecuting attorney, and in furtherance of justice, order an action, after indictment or waiver of indictment, to be dismissed. The reason for the dismissal shall be set forth in the order.
(d) Discharge from Custody-Exoneration of Bail.- Except as provided in AS 12.30.035, when dismissal is ordered pursuant to this rule the defendant shall be discharged from custody, or if admitted to bail, the bail exonerated, or money deposited in lieu there-of refunded to the depositors.

Rule 12- Pleadings and motions before trial- defenses and objections  (b) Pre-Trial Motions- Any defense, objection, or request which is capable of determination without the trial of the general issue may be raised before trial by motion. Any or all of the following shall be raised prior to trial:
(3) Motions to suppress evidence on the ground that it was illegally

obtained.

Rule 37. Search and Seizure - (a) Search Warrants Issuance and Contents (2) Motion to return of property and to suppress Evidence. A person aggrieved by an unlawful search and seizure may move the court in which the property may be used for the return of the property and to suppress for use as evidence anything so obtained on the ground that the property was illegally seized.

Rule 45. Speedy Trial (b) Speedy Trial Time Limits. A defendant charged with a felony, a misdemeanor, or a violation shall be tried within 120 days from the time set forth in paragraph (c) of this rule.

I've been locked up since July 18, 2004. Even before I was brought to jail I've been cheated by the law breaking the law. ~~Stonecipher know that I've been cheated by the law breaking the law.~~ I let Stonecipher know that I was not to communicate with the police unless through my parole officer but the cop kept on persisting to speak with me while doing voluntary work at the Knice River Store.

January 16, 2006

George Whitman III

Finished by: George Whitman III