To: The Judge or Judge Devaney
From: George Whitman III
date: 12-29-05

Hey Mr. Devaney. I'm highly aware that ever since I've received OPA attorney's my case has gone downhill. I'm also aware that Government Agency Attorney's are to advance and not go on a downhill drive. Your OPA attorney's claim that I refuse to go to them for help. They're more than highly aware that they are not helping me whatsoever. Any of those OPA attorney's who have tried to help me out before in the past has sent me a letter claiming the need to try communicating with them or else I would likely receive an unsatisfactory result in my case. They also say that I blame them for my problems. Why should I put up with OPA misrpresentation. Why is it that I get handed bad fruit from my own attorney's when I only try to avoid their misrepresentation? Do the OPA attorney's actually believe after all the misrepresentation that was handed over from them to me, do they think I'll actually ask em to help me out just so that they can man handle my case?

By about January 15, 2006 I'll have been in Jail for 18 months. 18x30 ='s 540. 540 days I'll have been in jail. Let me advise you that a Rule 45 need not be addressed to the court. The Rule 45 starts once restraints were put on a person or even brought to jail. So I didn't at all have to advise my attorney nor the court of an imposed rule 45. I was brought to jail July 18, 2004. 120 days after would be about November 18, 2004. I am highly aware that my rule 45 has been highly violated.

As of July 18, 2004 I was supposed to be represented by the PDA agencey. On July 29th, 2004 my attorney's were to be switched John Cashion advised me. I told him I do NOT TRUST Brian Kay as John CAshion told me I'd be represented by OPA meaning Brian Kay.

I now know that on that JUly 29th hearing both John Cashion and myself plus others made a mistake that day. John was mistaken by having me request for a continuance for an extra 30 days for a Rule 5 and no other. I that day also made a mistake by accepting his offer of taking that rule 5 continuance later to find out that it was harmful to my case. Such as for the Alaska Bar Association rules there were mistakes that were bypassed that day concerining John Cashion. That 29th day of July at the same court hearing Brian Kay was to be my new attorney. IF Brian Kay was to be my new attorney then why did John still represent me in that hearing?

I ask that those mistakes be fixed. No attorney should practice unlawful practice of lawyering. Each government lawyer is bound to advance. Not go on a nose dive. Even if he knew he was being swithched of lawyering he was still obliged to help me out. Other than all that I've already told you of OPA manhandled misrepresentation. I'm now also highly aware that there are Rule 45 violations of my case. I've been in jail almost 540 days and not one of my attorney's have let the court know of the rule 45 violation. They insist that I cooperate with them. But for what? Why try cooperating with an attorney who does not follow the rules of the Alaska Bar ASsocitation.

Of course I accuse Ms. Marshall of the ABA violations and would request for attorney help of another corporation. Even if she's also insisted I speak with her she has not sought the help I requested either through phone or through letters. I still try

asking her to help me through letters as it highly seems that she does NOT understand the language I speak.

Of course I accuse Ms. Marshall of the ABA violations and would request for attorney help of another corporation1. Even if she's also insisted I speak with her she has not sought the help I requested either through phone or through letters. I still try asking her to help me through letters as it highly seems that when I speak to Ms. Marshall she assumes I speak another language in which she does not understand.

Other than Mr. Cashion making a mistake in the courts as of JUly 29, 2004 of unlawful practice of lawyering on my Rule 5, I say there are both a rule 5 violation and a rule 45 violation both of which would dismiss my charges. And although I am not an attorney I know that my rights have been violated. No State shall make or encorce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any state deprive any person within it's jursisdiction the equal protections of the laws.

I'm also aware of several other violations of where I was violated on the date of my arrest. I'm now aware of how badly I'm being cheated of my own or any other persons rights to the law.

I only ask for my dismissal of my charges and to get out of jail to continue my life outside of prison where I can and will succeed.

P.S. If you need to know I must or might send a copy of this here letter to the ABA.

From    From,
*George Whitman III* (signature)
George Whitman III

P.s. Under U.S.C. &3161 (c) (1) (1988); see also id. & 3164 (b) (accused held in custody awaiting trial must be tried within 90 days of the "beginning of such continuous detention.")

-If a defendant is not brought to trial before the running of the time for trial as extended by excluded periods, the court upon motion of the defendant shall dismiss the charge with Prejudice. Such discharge bars prosecution for the offense charged and for any other lesser included offense with the offense charged.

Also noted. A rule 5 should make sure that a person be indicted in a time period of 30 days even through a granted continuance. I now note there is a rule 5 violation. Brought to jail July 18, 2004. Indicted upon the date of August 26, 2004. Rule 5 violation. No indictment held within time frames.

Preliminary hearing or examination must be held within (A) 10 days following the initial appearance, if the defendant is in custody, or (B) 20 days following the initial appearance, if the defendant is not in custody.

I again note that I am not an attorney but know my rights

are being broken. I find that there is a rule 5 violation and I also find that there is also a rule 45 violation. Both of which shall dismiss my charges and see to me being released from jail.

- IF the state or D.A. does not want to bring to the court of my rule 45 violations along with a rule 5 violation I myself must see that my charges be dismissed. So if the state opposes against dismissing my charges on the rule 45, then I myself wish the the court, to put a motion to dismiss my charge with prejudice, as a 12- month delay is (highly) presumptively prejudicial to one's case. Please help me?

  The Speedy Trial Act provides that a defendant must be brought to trial within 70 days of his or her indictment.
-A violation of the Speedy Trial Act alone does not require dismissal with prejudice.
-Fed. R. Crim. P.48 (b)- provides that if there is any unncecessary delay in presenting the charge to a grand jury or in filing an information against a defendant who has been held to answer in district court, or if there is unnecessary delay in bringing a defendant to trial, the court may dismiss the indictment, information, or complaint. Fed. R. Crim. P. 48 (b) on the basis of the delay between a Fed. R. Crim. P. 48 (a) dismissal (a dismissal requested by the government) and the reindictment.
-"Delays that are over one year are considered "preseumptively prejudicial." Government negligence likewise weighs in favor of dismissal. Negliggence msut be accompanied by severe prejudicial or an extraordinary delay in order to demand dismiassals.
-( Preindictment delays are booked under the Fifth Amendment whereas a post-indictement delay is presented under the Sixth Amendment rights to a Speedy Trial.)
-Rule 45 (e) Rulings on Motions to Dismiss or Continue.- In the event the court decides any motion brought pursuant to this rule, either to continue the time for trial or to dismiss the case, the reasons underlying the decision of the court shall be set forth in full on the record.
Rule 45 (g) Absolute Discharge- If a defendant is not brought to trial before the running of the time for trial, as extended by exculuded periods, the court upon motion of the defendant shall dismisss the charege with Prejudice. Such diScharge bars prosecution for the offense charged and for any other lesser included offense with the offense charged.

From,

*George Whitman III* (signature)
George Whitman III

[- extra -]
Rule 45 (F) Waiver
Failure of a defendant represented by counsel to move for dismissal of the charges under these rules prior to a plea of guilty or trial shall constitute waiver of the defendant's rights under this rule.

FILED IN THE TRIAL COURTS
STATE OF ALASKA
BETHEL SERVICE AREA
MAR 23 2006
BY - DEPUTY CLERK