**Trial Courts**
State of Alaska

**Alaska Court System**
Fourth Judicial District
PO Box 130
Bethel, Alaska 99559-0130
(907)543-1120 fax: 543-3343

March 8, 2006

George Whitman, III
YKCC
P.O. Box 400
Bethel, Alaska 99559

RE: State v. George Whitman, III, 4BE-04-1010 CR

Dear Mr. Whitman,

This letter is in response to your most recent filing in open court, regarding your "Motion to dismiss prosecution for failure to present indictment". The Bethel Court cannot accept motions filed by you and can only accept motions filed by your attorney, Anne Marshall of the Office of Public Advocacy. Any motions filed by you have been returned to you, including your most recent motion. As I stated on the record, this trial will be starting in less than three weeks. I urge you to start working with your attorney.

Sincerely,

Leonard Devaney
Superior Court Judge

cc: DA, Mike Walsh
cc: OPA, Anne Marshall

*Not accepted as filed. (Filings must be done by your attorney)*