!To: Anne Marshall                                December, 19, 2005
From: George Whitman III
Re: court-atty/ client help

    Ms. Marshall, as you've known I've been declining the deal offer I've received from Brian Kay for over a year now. You've been questioning if you should try to knock the deal offer from 23 years down to 20 years. Of course I declined your offer to try taking the deal offer a few years at a time. I'm highly aware you may be incompetent to stand as a lawyer. You've got a great deal of lack of trust to your client. You fail to specifically state what's going on with my case during each court hearing of the status of the situation. You questioned of me trying to propose a counter-offer. Each time you asked I've advised you that I'd plea out to one misdameanor charge but the rest have got to be dismissed. That's my proposed counter-offer to 23 years. It's your job to try getting me that deal. Plea to one misdameanor but the rest of the charges disappear.
    Even if I knowingly or if I know you aren't stand fit to stand fit to stand as an attorney it's not my job to let the court know that you are unfit for the job. But I'll put down a few things which you may be able to do for me as you should know the routine skills as you claim you are an experienced lawyer. There's a thing called a Federal Writ of Habeas Corpus. Habeas Corpus is something due to police coerciveness to maintaining evidence that may or may not be crucial to a person of the accused. As I may have stated before was that the cop Stonecipher asked for me to be interviewed. I repeatedly refused to join for that interview. The cop never left my side. He kept on asking me to join him for an interview as I walked away, following me. I felt forced to join him. After or during the interview period I was interviewed as of more ways than one. Once before a recording than once more on a recording. He used some type of activity that distoroted my alternatives from answering as I should. Before asking me to join him for an interview, the officer failed first to state his authority and purpose for demanding admission or questioning for any interview. Confide with me? How do I get that type of hearing? Wouldn't that type of hearing help me with my Case? TWo. What's a suppressing evidence hearing for? Isn't that type of hearing helpful to one's case to where, if a police officer show's misconduct to obtain evidence, doesn't that prove that if there was evidence at all it would suddenly be thrown out of court as evidence at all? And THRee. What's a probable Cause Hearing supposed to situate? Wouldn't that be helpful to the cause of my case also? I'm sure all three would be helpful to my case. But on #3. If the arresting cop would have made an excuse for procedural delay to obtain an arrest warrant. Then crawled close on the heels of an arrestee for an arrest warrant but did not yet have one. The cop saying that he was close on the heels of making an arrest. The cop would not be able to assume that by the time an arrest warrant would have been obtained the suspects might grow suspicious and possibly fleed. So if the cop would have assumed that the suspects might have grown suspicious by the time an arrest warrant would have been procured would be insufficient.
    So it seems to me there was no such procedural delay on my case. If the cop would have waited till the alleged allegations went through a grand jury that would've been a case for probable cause.

PAGE )!01

So it seems to me there was no such procedural delay on my case. If the cop would have waited till the alleged allegations went through a grand jury that would've been a case for probable cause.

To me it all seems that my arrest may have resulted due to police coerciveness. So if you can help me plea out to one charge of a misdameanor and dismiss the rest I might take the deal. If you can get to me on the three Q's as of Habeas Corpus, Suppressing evidence and a probable cause hearing please help me. I've also got something to ask of a nother lawyer's wrongdoing through the court. Please help me as your my lawyer.

120 days Criminal Rule 45. 120 days to trial if not dismiss under Rule 45 (- Enter a motion to dismiss on my case on a Rule 45 violation too. Note Rule 5 also.) - 10 days must indict if in custody. State must at least indict in a 30 P.S. Issue a Habeas Corpus hearing Suppressing evidence hearing day period and probable cause hearing for me. I need them all. If not in the 10 day period.

- Also request through the court to find if the telephonic# arrest warrant stands through recording and if the magistrate was paid to issue a warrant or not.

- Note was doing voluntary Work at The Anicn River Store. Cop pulled me from the area on an unconstitutional interview. (I advised him of my parole conditions.)

From,
George Whitman III