Copy of letter from December 19, 2005 - reply from negligent attorney Ms. Marshall (OPA)

Office of Public Advocacy
Bethel Section
P.O. Box 2129
Bethel, Alaska 99559

Anne Marshall, Assistant Public Advocate

Phone: 543-1234; Toll Free: 888-330-8044
Email: anne_marshall@admin.state.ak.us
Fax: 907.543.1316

January 5, 2006

Mr. George Whitman III
YKCC

Dear Mr. Whitman III:

Once again, I am going to try to explain why I do not act on your legal conclusions. I do not however have the time to explain all criminal law to you.

You read to me a lay person's book explaining about tainted evidence. If there were anything in what you described as an improper arrest (and based on your account of it, there wasn't), then the evidence to be suppressed would be evidence, like a confession, that came out of an illegal arrest. YOU DID NOT MAKE A CONFESSION. It doesn't get you anything to have a motion to suppress hearing. I didn't file one for that very reason.

Secondly, you do not have any Rule 45 violations of which I am aware. I have told you before that Rule 45 calls for a tolling of the time when there is a continuance requested by the defense counsel, whether you consented or not; if the lawyer had good cause to ask for it, then it's no problem. YOU CAN'T GET YOUR CASE DISMISSED BY COMPLAINING ABOUT RULE 5 or 45 at this point. READ RULE 45.

Thirdly, as a third-time felony offender you are looking at a presumptive sentence in excess of 20 years. This is in A SINGLE COUNT of Sexual Assault in the first degree; you have SEVERAL counts, which the judge could choose to STACK. YOU ARE NOT WALKING AWAY FROM A CONVICTION IN THIS CASE doing less than 20 years minimum, and probably much more, with various aggravations. PLEASE READ 12.55.105 yourself.

Some decisions are yours: whether to take a plea, whether to go to trial, and whether to testify. Your decision does not lie in your telling me how to practice law. I will not give an offer to a prosecutor from you to plead to a single misdemeanor when the charges are so serious, AND the state has considerable evidence against you. It would only prejudice the prosecution against you.

Sincerely,
Signed by - Anne Marshall
Anne Marshall, MS, JD

Ms. Marshall refuses that all my factual findings from the law library are totally untrue. Even when I show her letters and the D.A.'s each the judge and is total almost concerning the law.