YOUR RIGHTS AND THE LAW                         By Ted Silvera

On July 18, 2004, I was arrested at the BPD. Before then Terry Stonecipher came to the Anica River Store and repeatedly asked me to be interviewed. The detective never told me I had the right to say no to his interview although I told him I wouldn't attend the interview for whatever it was supposed to be for. While being interviewed a search warrant popped up. No search could be made unless it was a legal warrant. Search should've stopped now making search warrant unlegal, unprocessable, no good.
   Rights to protect me?
   The Fifth and Eighth amendments of the constitution protect my rights. "During the time the officer asks me to be interviewed, I ask what am I to be interviewed of?" (The Fifth and Eighth Amendments) (guarantee) your rights to know the charges against you, to have a lawyer, to stay silent, and to have bail set.
   At the Anica River Store the officer may have had a right to ask me for information. But if the officer(s) forced me to go to the (police) station with them, then the questiong becomes an arrest. It doesn't matter whether or not they [(told [(me)] I was under arrest)] say, "You are under arrest." // To arrest you, the police usually need a warrant. To get it they need a reason to think you're guilty. And the warrant must say who you robbed, where and when.
   If the police make an arrest that doesn't follow these rules, the arrest will be thrown out of court.
   Before questioning you, the police must warn you of your rights. These warnings, called the MIranda WArnings, are simple. You have the right to stay silent. IF you speak, what you say can be used as evidence against you. You have a right to a lawyer, You'll be given a lawyer if you can't pay for one.
Until the police have given you the Miranda WArnings, they can't use any statements you make during questioning as evidence. Such statements will be thrown out of court. In Some cases, people have been given no warnings at all. After being arrested, and all their statements have been thrown out, even when they have confessed. But the police can still use other evidence they have.
   After the police have read you the Miranda Warnings, they can question you. Anything you say can be used as evidecne that you are guilty. You can stay silent, and your silence can't be used as a sign that your guilty. The police can't use any kind of force or threats to make you talk. They can't put an undercover police officer in your jail cell or use other tricks. And you can have a lawyer to help you during questioning. IF you can't pay, the court finds a lawyer who will help you for Free.
   In my case most questions asked were before Miranda WArnings then re-ran the Q's on tape with the Miranda warnings over.//
The Fifth, Sixth, Eighth and Fourteenth Amendments for Fair Jury Trial.

No state shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any state deprive any person within it's jurisdiction the equal protections of the law.