*I copy from original*
*I sent to the Bethel*
*Court House*

To:            The Bethel Court House(Trial Courts) Motion to dismiss
From: George Whitman III- the defendant   *Cause No. 4BE-04-1010 CR*
re: Motion to Dismiss-Standing up for my right-without the help of
    Counsel


    Now Comes the Defendant  George Whitman III entering the Bethel
Coutrt entering a motion to dismiss Case Numeber 4BE-04-1010CR on
the term that his right to a Speedy Trial has been violated under
the Speedy Trial Provision of the Sixth Amendment. The defendant
claims that about 6 consecutive speed trial Terms ran since the
date of his imprisonment which was the date of July 18, 2004. The
time for trial deemed to run, without demand by the defendant, from
the date the charging document is served upon the defendant on that
18th day of 2004 by imposing restraint's or upon complaint or
information of the charging document. Thereby it, by his right the
court dismisses the charge(s) on the defendant on the date after
this 21st day of February 2006 because of unnecessary delay and
about 6 consecutive speedy trials ran menaning the defendant was
deprived of his right of the law. Therefor this Bethel, Alaska court
finds favor on defendants motion to dismiss these charges, Assalt 1`
Burglary 1`, Sexual Assalt 1`, Assaltt 2`, Assalt2`, or on case
Number 4BE-04-1010CR with prejudical against the defendant and his
right. 12-19,20 month delay in accorddance of state to timely indict
under the 10 day rule and 30 day rule, under preliminary examination
rules.
    And according to defendants right under Rule 43 of Alaska Court
Rules of Rules of Criminal procedure the defendant askas that the
District Attorney, Kelly Cavanaugh, or the court, or cause of Justice
thaat they, before the defendant dismiss(es) his charges whhich
imprisoned him, be dismissed with the defendant George Whitman III's
consent because of unnecessary delay in presenting the charge to a
Grand Jury or in filing an information against a defendant who has
been held to answer to the Superior Court, or if there is unnecessary
delay in bringing a defendant to trial pursuant to Criminal Rule 45,
the court shall dismiss the indictment, information, or complaint.
    And since the defendant wasn't brought to rtrial before the
running of the time for trial, as extended by excluded periods, the
court upon motion of the defendant shall dismiss the charge with
prejudice. Such discharge bars prosecution for the offense charged
and for any other lesser included offense with the offense charged.

FILED IN THE TRIAL COURTS
STATE OF ALASKA
BETHEL SERVICE AREA
MAR 23 2006

By _____
   DEPUTY CLERK

dated to AG And D.A: 02-20-02-22-06
today's date: March 20, 2006

Signded by defendant

*George Whitman III*
George Whitman III

FILED IN THE TRIAL COURTS
STATE of ALASKA
BETHEL SERVICE AREA

MAR 23 2006

By ____
   DEPUTY CLERK