To: To the Bethel Supreme Court (Trial Courts) - D.A. and defendants atty
From: George Whitman
re: complaint - notification of my rights - A judge shall be faithful to the law,
A judge shall be faithful to the law (a judge shall comply with the law)

Title 28 of the United States Code Section 2241?????
-If I were to request a change of venue would that mean that once the venue changes place that I would be able to surely put in a motion to dismiss because of certain reasons? What if I changed the judge? Would I still be able to assert my right to have my charges dismissed cause of the failure of the Government to bring me to trial on or about November 18, 2004 (Defendant shows that the Speedy Trial Act requires that he be brought to trial no later than eighty days from the date of arraignment or by Nov. 18, 2004, not allowing for excludable time) constitute a violation of his consitutional guarantees and a denial of his rights under the Speedy Trial Act, requiring dismissal of all charges. ???
    - So if I request that a different judge comes into role on my case the new judge can act promptly on my motions and the judge justnow entering would be able to step into the case as if it had been originally assigned to him? So if I request for Curda to be back he has to answer to my motions???
    -So fundamental is this right that the failure of the police to inform a suspect of it will result in the suppression of any statement made in the absence of such warning.
    -defendant asks that the court, who is also Chief Judge, designate another Judge to preside at the _____ case so that the motions which have been pending for many weeks can be acted upon promptly./
    - This defendant objects to the magistrate's conclusion that the defendant, by filing motions on and after (date), pursuant to order of the Magistrate (which may have been deemed waived by the Magistrate had the defendant not filed them at the time) in any way or manner waived his right to a Speedy Trial as guaranteed by the Speedy Trial Act. See pp. _____ of the magistrate's report.
    -the government had an obligation to dismiss the earlier charge and acted in bad faith by failing to do so.
    -It is readily understandable that either a formal indictment or information or else the actual restraint's imposed by arrest and holding to answer a criminal charge that will engage the particular protections of the Speedy Trial Provision must not await indictment, information or other formal charge.
    -Preindictment delays are analyzed under the Fifth Amendament due process clause, while post-indictment delays are analyzed under the Sixth Amendment. "Delays over one year are considered presumptively prejudicial."
    -What Is An Attorney and What Will An Attorney Do For Me?
    An attorney is a person who has studied the laws of Alaska and has passed a test to show that he or she understands the laws.
    Your attorney will:
    ˋ come to court with you each time you come to court and speak for you in court,
    ˋ talk to the prosecutor for you,
    ˋ examine the charges which have been brough against you to see if they are in proper form,
    ˋ prepare and file leagal papers for you,
    ˋ make sure all your rights are protected in court,
    ˋadvise you about whether or not you should have a trial, and
    ˋ show your case to the court in the way most favorable to you.

An attorney will talk with you about the facts of your case in private. An attorney is not allowed to tell anyone else about what you tell him or her about your case unless you want your attorney to do so. Exception: If your attorney is court-appointed, your attorney will be required to tell the court if he/she learns of any change in your finacial status that would affect your eligibility for appointed counsel.

Even if you think you want to admit that the charges against you are true, an attorney can help you at sentencing by giving favorable information to the court and by making an argument for you.
Because your right to an attorney is so important, if you want an attorney but cannot afford to hire your own, the court will appoint an attorney to represent you.

(j) Sixth Amendment
The sixth amendment contains the specific mandates for the conduct of criminal trials, all of which have been applied to the states through the fourteenth amendment.
(1) Speedy Trial. The sixth amendment guarantees the right to a speedy trial and a violation of this right results in a dismissal with prejudice. This right is triggered by arrest or formal charge.

(7) Assistance of Counsel. The defendant has a right to retain counsel or, if indigent, to have counsel appointed for him. This right appleies to all critical stages of a criminal prosecution. As discussed in subsection(1)(15) of this sec-tion, where the sixth amendment right does not attach, due process may require counsel. Where the right to counsel is required and not provided, it has been held that a defendant may not be sentenced to imprisonment.
The right to counsel has been held to include a right to effective assistance of counsel. A showing of a sufficient degree of negligence establishes ineffective assistance and entitles the defendant to a new trial.

To:            The Bethel Court House (Trial Courts)
From:  George Whitman III-The Defendant
Re;  30:16 Motion to suppress statements-unlawful arrest-state

(Caption)

NOW COMES the Defendant, through counsel, and respectfully moves this Honorable Court to suppress as evidence herein all written and oral statements made by him on the following grounds:

1. The statements were obtained in violation of Defendant's privilege against self-incrimination and his right to counsel as guaranteed by the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

2. The statements constitute the fruit of an unlawful arrest in violation of Defendant's right of privacy guaranteed by the Fourth and Fourteenth AMendments to the United States Constitution and Section of the (State) Constitution.

3. Further grounds for the suppression of the statements will be developed at the time of the hearing on this motion.

WHEREFORE, Defendant respectfully request this Court to suppress as evidence the written and oral statements made by him.

Dated:_____

Respectfully Submitted,
_____ (Signature)
(Name of Attorney)
Attorney for Defendant

Signature by the Defendant cause the judge usually retaines Negliegent counsel even if I state on the record that I cannot work with the attorney because of past problems.

*George Whitman III*          Signed by the Defendant
George Whitman III

To:                The Bethel Court House (Trial Courts)
From: George Whitman III- The Defendant   today's date: 03-15-06
Re: ~~motion to suppress statements-unlawful arrest-state~~ see below

(Caption)
   PLEASE TAKE NOTICE that upon the annexed affidavit of _____, and upon all the papers and proceedings had herin, the undersigned will move this Court at the Courthouse located at (Street Address, City, State), on (date), at _____ (a.m./p.m.), or as soon thereafter as counsel can be heard, for an order suppressing all evidence, oral or tangible, obtained from the Defendant in the absence of counsel, and that all evidence resulting directly or indirectly therefrom be similarly excluded on the ground that Defendant was deprived of his rights under the Fifth and Sixth Amendments to the Constitution of the United States, and for such other and further relief as to this Court may seem just and proper.

Dated:_____                           _____(Signature)

                                             (Name of Attorney)
                                             Attorney for Defendant

TO: HON._____
    District Attorney, _____ County


                                signature from the defendant,

            (Signature) *George Whitman III*
                        George Whitman III


Correction under Re: Motion is for 30:15 Notice of motion to
                     suppress oral and tangible evidence-state,
                     and not the above stated motion.

