Michael George
#BE-
#43_
Yukon Kuskokwim Correctional Center
P.O. Box 400
Bethel, AK 99559

Alaska State Courts
1st Criminal Division
2nd Appeals Division
3rd (CSA) U.S. District Court (after)
825 W. 4th Ave., 1st Floor
Anchorage, AK 99501

U.S. $0.27
MAILED FROM ZIP CODE 6500



RETURN TO SENDER HE MUST GO THROUGH HIS ATTORNEY