Name George Whitman III
Prison Number 435939
Yukon-Kuskokwim Correctional Center
Mailing Address, Zip/Place of Confinement
Pouch 400
Bethel, Alaska 79559

RECEIVED

JUN 0 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA
                    Plaintiff,

vs.

George K. Whitman III
                    Defendant(s).

PRISONER'S
DECLARATION AND APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

CASE NO. 3:06-CV-00134 TMB
(To be supplied by the Court)

I, George K. Whitman III, declare that I am the (*check the appropriate box*)

☐ Plaintiff (filing 42 U.S.C. § 1983)
☒ Petitioner (writ of habeas corpus 28 U.S.C. §§ 2254 or 2241)
☐ Movant (filing 28 U.S.C. § 2255 motion)
☐ Other _____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I acknowledge and consent that a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No  (If "No" DO NOT USE THIS FORM)

If "Yes" state the place of your incarceration: Yukon-Kuskokwim Correctional Center Bethel, AK

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☒ No

If the answer is "Yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____         Net: _____

Employer: _____

PS 10 (2/98)                     Page 1 of 4                    Prisoner's IFP Application

Alaska Department of Corrections
YUKON-KUSKOKWIM CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 06/01/2005    To: 01/04/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 15.64 |
| 477641 | 06/01/2005 | YKCC PAY 05-30-05 - INST WORKER WG 40 | | 16.00 | 31.64 |
| 477674 | 06/01/2005 | Automatic Savings Deduction | 5.60 | | 26.04 |
| 477719 | 06/01/2005 | GENERAL SALES | 7.31 | | 18.73 |
| 481857 | 06/06/2005 | YKCC PAY 06-06-05 - INST WORKER WG 40 | | 16.00 | 34.73 |
| 481891 | 06/06/2005 | Automatic Savings Deduction | 5.60 | | 29.13 |
| 482779 | 06/07/2005 | GENERAL SALES | 3.89 | | 25.24 |
| 487654 | 06/20/2005 | GENERAL SALES | 12.99 | | 12.25 |
| 490608 | 06/29/2005 | GENERAL SALES | 1.42 | | 10.83 |
| 521547 | 09/08/2005 | GENERAL SALES | 10.13 | | 0.70 |
| | | Ending Balance | | | 0.70 |

Account: FORCED SAVINGS
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 30.80 |
| 477674 | 06/01/2005 | Automatic Savings | | 5.60 | 36.40 |
| 481891 | 06/06/2005 | Automatic Savings | | 5.60 | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**

Offender #: 439431    USP #: 439431    WHITMAN, GEORGE KULIK III    Location: YUKON-KUSKOKWIM    Cell: A2B

If the answer to No. 2 is "No," state the date of last employment and the amount of the gross and net salary and wages per month which you received.

Gross: $16.00 and $5.60 to savings   Net: _____

Employer: Ernie Weatherington or Mr. Berry

Date of Last Employment: 06 / 09 / 05 (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest, dividends or PFDs   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or worker's compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

If the answer to any of the above is "Yes," describe each source and state the amount and when received and what you expect you will continue to receive. Attach additional sheets if necessary.
None that I was made aware of.

4. Do you have any cash?   ☒ Yes   ☐ No
   State the total amount and location: .70¢ on credit and $42.00 on automatic savings

5. Do you have any checking account(s)?   ☐ Yes   ☒ No none I'm aware of unless you count YKCC
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance(s) in account(s): _____

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
   ☐ Yes   ☒ No
   a. Name(s) and address(es) of bank(s): None I'm aware of
   b. Present balance(s) in account(s): _____

7. Do you own an automobile or other motor vehicle?   ☐ Yes   ☒ No
   a. Make: _____   Year: _____   Model: _____
   b. Is it financed?   ☐ Yes   ☐ No
   c. If so, what is the amount owed? _____

PS 10 (2/98)                    Page 2 of 4                    Prisoner's IFP Application

8. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value: _None I'm made aware of._

9. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support: _I could've been trying to support 6 others in my immediate family and tried to cut up fines I already owe. The family cut up to many small groups._

10. Do you have any other assets or personal property other than clothing?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed: _None I'm made aware of._

11. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer: _Unless you count jail or clothing and a small amount of pocket items as a big-gy._

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: _April 17, 2006_
DATE

Signature: _George Whitman IV_
SIGNATURE OF APPLICANT

PS 10 (2/98)          Page 3 of 4          Prisoner's IFP Application

## AUTHORIZATION

I, _____, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

| DATE | SIGNATURE OF APPLICANT |
|---|---|
| | |

| COMMITTED NAME OF APPLICANT (Type or Print) | INMATE NO. |
|---|---|

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant named herein has the (available) sum of $_____ on account to his/her credit at _____ (name of institution).

I further certify that during the past six months the applicant's average monthly **balance** was $_____.

I further certify that during the past six months the average monthly **deposits** to the applicant's account was $_____.

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

| DATE | SIGNATURE OF AUTHORIZED OFFICER |
|---|---|

TITLE and NAME OF AGENCY

(handwritten margin note: YKCC DOC (Refused to sign repeatedly) 05-01-06)