George Whitman III
439431
Yukon-Kuskokwim Correctional Center
P.O. Box 400 Bethel, Alaska
(Name/Address/Phone)

RECEIVED

JUN 0 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| George K. Whitman III, | NO. 3:06-cv-00134 TMB |
|---|---|
| Petitioner, | |
| vs. | MOTION FOR APPOINTMENT OF COUNSEL |
| STATE OF ALASKA, | |
| Defendant. | |

COMES NOW George Whitman III, and moves for the appointment of counsel.

Petitioner makes this request for the reasons that she/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this 17th day of April, 2006.

X George Whitman III