IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GEORGE K. WHITMAN, III,<br><br>          Petitioner,<br><br>vs.<br><br>CHRIS LIU,<br><br>          Respondent. | Case No. 3:06-cv-00134-TMB)<br><br><u>ORDER REGARDING FEES</u> |

George K. Whitman, III, a state prisoner representing himself, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, along with an application to waive the $5.00 filing fee in this case.[1]  Mr. Whitman's application, however, is deficient.  He did not file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.[2]

The Court must have full and complete information about 's financial status in order to make a determination.  The Court has developed a form to obtain all the

---

[1]   *See* Docket Nos. 1, 4.

[2]   *See* Docket No. *.

information it needs to make this decision. Mr. Whitman will be allowed to submit a new application on the enclosed Court form, including all of the required documentation. Mr. Whitman must answer all questions on the application fully, completely and directly, or the application will be denied. If a question does not apply, answer "N/A"; otherwise answer "yes" or "no", check all applicable boxes, fill in all blanks, and provide complete information as requested.

**IT IS HEREBY ORDERED** that:

1. Mr. Whitman's application to waive fees is DENIED, with leave with leave to amend the application **on the enclosed application form**, with a certified copy of his prison trust account (HOFA) statement for the six month period (December 1, 2005 - May 31, 2006) before the filing of his § 2254 petition, on or before **July 26, 2006**;

2. The Clerk of Court is directed to send form PS10, Prisoner's Application to Waive Prepayment of Fees, with instructions, to Mr. Whitman with this Order;

3. In the alternative, Mr. Whitman may pay this Court's $5.00 filing fee on or before **July 26, 2006**;

4. If Mr. Whitman does not comply with this Order on or before **July 26, 2006**, his petition will be dismissed without further notice;

5. The Court will not address the pending motion for appointment of counsel, at docket number 5, until Mr. Whitman fully complies with this Order; and

6.  The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Whitman with this Order.

DATED this 28th day of June, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS<br>
United States District Judge