STATE OF ALASKA                                                 DEPARTMENT OF CORRECTIONS

# ADMINISTRATIVE SEGREGATION
# CLASSIFICATION FORM

RECEIVED JUL 17 2006

Institution: YKCC                                               Date: 06-08-06
Prisoner Name: Whittman, Gabriel   CLERK, U.S. DISTRICT COURT
Charge (s):                        ANCHORAGE, ALASKA

Central Monitoring: Yes ☐ No ☒   P.O. Name:                     Sentenced: Yes ☐ No ☒ PROB ☐☐☐

Custody Level __Med__      Security Level ___Med___
Indicate by X of this is Admission to Administrative Segregation: ☐ Or 30 day Administration Segregation review: ☒
Date/Time Placed in Administrative Segregation: 1400 hrs 03-09-06 By: SS Rapoza
Reason for Administrative Segregation: 22 AAC 05.485 (A8)
Committee's Recommendation:    ☒ Remain in Administrative Segregation:    ☐ Return to Population:
Date of next Administrative segregation Review:

22 AAC 05.485 ADMINISTRATIVE SEGREGATION. (a) A prisoner may be assigned to administrative segregation if the prisoner

☐ (1) Has not been classified since initial admission to the institution, or has not yet had a physical examination under policy # 807.14, Health Examination;
☐ (2) Is incapacitated;
☐ (3) Is suffering or suspected of suffering from a communicable disease;
☐ (4) Has had segregation prescribes by a physician, physician's assistant, or mental health professional based upon his or her mental condition;
☐ (5) Requests in writing to be placed in segregation:
   (a) The Department may deny a prisoner's request doe administrative segregation if the prisoner does not have a valid security or medical reason.
   (b) Wanting a private room is not a sufficient reason
☐ (6) Is detained as a non-criminal hold under A.S. 47.30.705 or A.S. 47.37.170;
☐ (7) Is being held as a material witness under a court order;
☒ (8) Presents a substantial and immediate threat to the security of the facility;
☐ (9) Requires protective custody;
☐ 10) Presents a substantial and immediate threat to the public, and no less restrictive alternative is likely to address the problem.

COMMITTEE'S FINDINGS, WHICH JUSTIFY THE ABOVE RECOMMENDED ACTION: The recommendation for I/M Whitman is to remain in segregation since he is still a threat to the security of the facility.

INMATE'S STATEMENT

### RECOMMENDATION REGARDING ACCESS TO PROGRAMS

Y N                        JUSTIFICATION FOR RESTRICTIONS
☐☐ Communal Meals
☐☐ Gym
☐☐ Outside Recreation
☐☐ Law Library                                                  **INMATE COPY**
☐☐ Phone
☐☐ Programs
☐☐ Other

Chair Person/Hearing Officer __Ramos__   Member __Vanhatten__   Member __Smithson__

Approved: ✓          Disapproved: _____

Superintendents Signature and Date _____ 6/8/06

Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B

Alaska Department of Corrections
YUKON-KUSKOKWIM CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 02/01/2006   To: 02/28/2006                    Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.70 |
| | | Ending Balance | | | 0.70 |

Account: FORCED SAVINGS
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE   DATE

Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B

Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B

## Alaska Department of Corrections
## YUKON-KUSKOKWIM CC
### STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 01/01/2006   To: 01/31/2006                             Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

**Account: FUNDS AVAILABLE**
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.70 |
| | | Ending Balance | | | 0.70 |

**Account: FORCED SAVINGS**
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE          DATE

Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B

Date 04/20/2006         Alaska Department of Corrections                  Page 1 of 1
                           Offender Trust Accounting                         jeramos
                          **Account Transaction History**
                          From 10/01/2005 To 04/20/2006

| Offender Name | Prison# | Account Description | Acc |
|---|---|---|---|
| WHITMAN, GEORGE KULIK III | 439431 | FORCED SAVINGS | |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 10/1/2005 | Beginning Balance | | 42.00 |
| | 4/20/2006 | Ending Balance | | 42.00 |

INMATE COPY

| Date 04/20/2006 | Alaska Department of Corrections<br>Offender Trust Accounting | Page 1 of 1<br>jeramos |

## Account Transaction History
From 10/01/2005 To 04/20/2006

| Offender Name | Prison# | Account Description | Ac |
|---|---|---|---|
| WHITMAN, GEORGE KULIK III | 439431 | FUNDS AVAILABLE | |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 10/1/2005 | Beginning Balance | | 0.70 |
| | 4/20/2006 | Ending Balance | | 0.70 |

INMATE COPY