IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GEORGE K. WHITMAN III,
    Petitioner,
vs.
CHRIS LIU,
    Respondent.
DOB: 1/5/1982
No. 4BE-S04-1010 CR
Case No. 3:06-cv-134

Case No. 3:06-cv-00134-TMB

ORDER REGARDING FEES

STATE OF ALASKA
DEPT OF CORRECTIONS
JUL 07 2006
BUDGET/REVENUE
RECEIVED

JUL 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

George K. Whitman, III, a state prisoner representing himself, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, along with an application to waive the $5.00 filing fee in this case. Mr. Whitman's application, however, is deficient. He did not file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.

The Court must have full and complete information about financial status in order to make a determination. The Court has developed a form to obtain all the information it needs to make this decision. Mr. Whitman will be allowed to submit a new application on the enclosed Court form, including all of the required documentation.

**IT IS HEREBY ORDERED** that:

1. Mr. Whitman's application to waive fee's is DENIED, with leave with leave to amend the application on the enclosed application forms, with a certified copy of his prison trust account (HOFA) statement for the six month period (December 1, 2005 - May 31, 2006) before the filing of his § 2254 petition, on or before **July 26, 2006**;

2. The Clerk of court is directed to send form PS10, Prisoner's Application to Waive Prepayment of Fee's, with instructions, to Mr. Whitman with this order;

3. In the alternative, Mr. Whitman may pay this Court's $5.00 filing fee on or before **July 26, 2006**;

4. If Mr. Whitman does not comply with this order on or before **July 26, 2006**, his petition will be dismissed without further notice;

5. The Court will not address the pending motion for appointment of counsel, at docket

number 5, until Mr. Whitman fully complies with this order; and

6. The clerk of court is directed to send a copy of our pro se handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Whitman with this order.

DATED this 28th day of June, 2006, at Anchorage, Alaska.

/s/ TIMOTHY M. BURGESS
United States District Judge

I hereby ask you proper to fill out the Certification and Calculation Form of the PS 10 (12/05) Page 4 of 4 Prisoner Fees Form, lower half, I am about to send. Please send back to me or send to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA - 222 West 7th Avenue #4 Anchorage, Alaska 99513-7564. Phone # (907) 677-6100

George Whitman III
Applicant

(6-13-06)

before the above date I had went to court. I had found out that Ms. Marshall resigned from my case or had withdrew from my case. Brian Karp, her ex-boss, has still got to inform me of whom my new attorney would be. 6-13-06
GKW III

i do not know what happened with my case, Sent to Ms. Marshall