Name: George Whitman III

Prison Number: 439431

Mailing Address, Zip Code, Place of Confinement: P.O. Box 400

99559

Yukon Kuskokwim Correctional Center

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_____,
                    Plaintiff,
    vs.

_____,
                    Defendant(s).

PRISONER'S APPLICATION TO WAIVE PREPAYMENT OF FEES

CASE NO. 3:06-CV-00134 TMB
(To be supplied by the Court)

I, George K. Whitman III, declare that I am the (check the appropriate box)

☐ Plaintiff (filing civil rights complaint)   ☐ Appellant (on appeal to the Ninth Circuit)
☒ Petitioner for writ of habeas corpus
    under 28 U.S.C. §§ 2254 or 2241           ☐ Other_____

in this case. I am unable to prepay the fees for this proceeding or give security because of my poverty, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all unpaid fees and costs incurred by me in the case.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☒ Yes   ☐ No **(If "No" DO NOT USE THIS FORM)**

    If "Yes" state the place of your incarceration: Y.K.C.C.

**IMPORTANT: Have the Department of Corrections fill out the Certification and Calculation portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2.  Are you currently employed?   ☐ Yes   ☒ No

    If the answer is "Yes," state both your gross and net salary or wages **per month**, and give the name and address of your employer:

    Gross: _____   Net: _____

    Employer: _____

PS10 (12/05)                     Page 1 of 4                      Prisoner's...

If the answer to No. 2 is "No," state the date of last employment and the amount of the gross and net salary and wages **per month** which you received.

forget, how to put down? 2 -- 7 2

Gross: _____   Net: _____

Employer: Ernie Wetherington or Carl Berry

Date of Last Employment: 06 / 09 / 05 (month/day/year)

3. In the past twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No  none known |
| b. | Rent payments, interest, dividends or PFDs | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or worker's compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source and state the **amount** and **when received** and what you expect you will **continue to receive**.
None known of              N/A

4. Do you have **any** cash?  ☒ Yes   ☐ No   N/A
State the total amount and location: not really but my jail account $0.00 Forced Savings .10 on account

5. Do you have any checking account(s)?  ☐ Yes   ☒ No

    a. Name(s) and address(es) of bank(s): unless you count Y.K.C.C.   N/A

    b. Present balance(s) in account(s): ↑

6. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    ☐ Yes   ☒ No

    a. Name(s) and address(es) of financial institution(s) N/A

    b. Present balance(s) in account(s):        N/A

7. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
    a. Make: N/A    Year: N/A    Model: N/A
    b. Is it financed?   ☐ Yes   ☒ No
    c. If so, what is the amount owed? N/A

8. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value: ___N/A___

9. Do you have any other assets or personal property other than clothing?   ☐ Yes   ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed: ___N/A___

10. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer:

    ___N/A, none permissable, civil right violated___

11. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**):

    | Name | Relationship | Support: $ |
    |------|--------------|------------|
    | Name | Relationship | Support: $ |
    | Name | Relationship | Support: $ |
    | Name | Relationship | Support: $ |

    ### DECLARATION UNDER PENALTY OF PERJURY

    **I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

    Executed on: ___07-13-06___        ___George V Whitman III___
    DATE                                SIGNATURE OF APPLICANT

    THE CERTIFICATION & CALCULATION ON THE FOLLOWING PAGE MUST BE COMPLETED!

## AUTHORIZATION

I, George K. Whitman III, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

07/01/06  
DATE

George Whitman III  
SIGNATURE OF APPLICANT

George Whitman III  
COMMITTED NAME OF APPLICANT  
(Type or Print)

439431  
INMATE NO.

## CERTIFICATION AND CALCULATION
(To be completed by the Department of Corrections)

I certify that the applicant has the (available) sum of $ .70 on account to his/her credit at Yukon Kuskokwim Correctional Center (name of institution).

I certify that during the past six months, the average monthly **deposits** to the applicant's account was $ 0, and 20% of that is $ 0.

I further certify that during the past six months, the average monthly **balance** in the applicant's account was $ 42.70, and 20% of that is $ 8.54.

Please attach certified copy of applicant's account statement showing transactions for past six months.

7/10/06  
DATE

Mary Engdahl  
SIGNATURE OF AUTHORIZED OFFICER

Offender Trust Mgr, Dept. of Corrections  
TITLE and NAME OF AGENCY