STATE OF ALASKA  DEPARTMENT OF CORRECTIONS

# ADMINISTRATIVE SEGREGATION CLASSIFICATION FORM

RECEIVED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Institution: YKCC  Date: 06-08-06
Prisoner Name: Whittman,
Charge(s):

Central Monitoring: Yes ☐ No ☒  P.O. Name:   Sentenced: Yes ☐ No ☒  PROB ☐ ☐ ☐

Custody Level __Med__   Security Level __Med__
Indicate by X of this is Admission to Administrative Segregation: ☐ Or 30 day Administration Segregation review: ☒
Date/Time Placed in Administrative Segregation: 1400 hrs 03-09-06 By: SS Rapoza
Reason for Administrative Segregation: 22 AAC 05.485 (A8)
Committee's Recommendation:   ☒ Remain in Administrative Segregation:   ☐ Return to Population:
Date of next Administrative segregation Review:

22 AAC 05.485 ADMINISTRATIVE SEGREGATION. (a) A prisoner may be assigned to administrative segregation if the prisoner

- ☐ (1) Has not been classified since initial admission to the institution, or has not yet had a physical examination under policy # 807.14, Health Examination;
- ☐ (2) Is incapacitated;
- ☐ (3) Is suffering or suspected of suffering from a communicable disease;
- ☐ (4) Has had segregation prescribes by a physician, physician's assistant, or mental health professional based upon his or her mental condition;
- ☐ (5) Requests in writing to be placed in segregation :
   (a) The Department may deny a prisoner's request doe administrative segregation if the prisoner does not have a valid security or medical reason.
   (b) Wanting a private room is not a sufficient reason
- ☐ (6) Is detained as a non-criminal hold under A.S. 47.30.705 or A.S. 47.37.170;
- ☐ (7) Is being held as a material witness under a court order;
- ☒ (8) Presents a substantial and immediate threat to the security of the facility;
- ☐ (9) Requires protective custody;
- ☐ 10) Presents a substantial and immediate threat to the public, and no less restrictive alternative is likely to address the problem.

COMMITTEE'S FINDINGS, WHICH JUSTIFY THE ABOVE RECOMMENDED ACTION: The recommendation for I/M Whitman is to remain in segregation since he is still a threat to the security of the facility.

INMATE'S STATEMENT

### RECOMMENDATION REGARDING ACCESS TO PROGRAMS

| Y | N | | JUSTIFICATION FOR RESTRICTIONS |
|---|---|---|---|
| ☐ | ☐ | Communal Meals | |
| ☐ | ☐ | Gym | |
| ☐ | ☐ | Outside Recreation | |
| ☐ | ☐ | Law Library | |
| ☐ | ☐ | Phone | |
| ☐ | ☐ | Programs | |
| ☐ | ☐ | Other | |

INMATE COPY

Chair Person/Hearing Officer __Ramos__  Member __Vanhatten__  Member __Smithson__

Approved: ✓   Disapproved: _____

Superintendents Signature and Date _____ 6/8/06

Offender #: 439431    USP #: 439431    WHITMAN, GEORGE KULIK III    Location: YUKON-KUSKOKWIM    Cell: A5B

Alaska Department of Corrections
YUKON-KUSKOKWIM CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 02/01/2006    To: 02/28/2006    Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

Account: FUNDS AVAILABLE
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.70 |
| | | Ending Balance | | | 0.70 |

Account: FORCED SAVINGS
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document

SIGNATURE    DATE

Offender #: 439431    USP #: 439431    WHITMAN, GEORGE KULIK III    Location: YUKON-KUSKOKWIM    Cell: A5B

Offender #: 439431    USP #: 439431    WHITMAN, GEORGE KULIK III    Location: YUKON-KUSKOKWIM    Cell: A5B

Alaska Department of Corrections
YUKON-KUSKOKWIM CC

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 01/01/2006    To: 01/31/2006    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.70 |
| | | Ending Balance | | | 0.70 |

Account: FORCED SAVINGS
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document
SIGNATURE    DATE

Offender #: 439431    USP #: 439431    WHITMAN, GEORGE KULIK III    Location: YUKON-KUSKOKWIM    Cell: A5B

| | | Alaska Department of Corrections<br>Offender Trust Accounting<br>**Account Transaction History**<br>From 10/01/2005 To 04/20/2006 | | |
|---|---|---|---|---|

Date 04/20/2006 — Page 1 of 1 — jeramos

| Offender Name | Prison# | Account Description | Acc |
|---|---|---|---|
| WHITMAN, GEORGE KULIK III | 439431 | FORCED SAVINGS | |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 10/1/2005 | Beginning Balance | | 42.00 |
| | 4/20/2006 | Ending Balance | | 42.00 |

INMATE COPY

| Date 04/20/2006 | Alaska Department of Corrections<br>Offender Trust Accounting | Page 1 of 1<br>jeramos |

**Account Transaction History**

From 10/01/2005 To 04/20/2006

| Offender Name | Prison# | Account Description | Ac( |
|---|---|---|---|
| WHITMAN, GEORGE KULIK III | 439431 | FUNDS AVAILABLE | |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 10/1/2005 | Beginning Balance | | 0.70 |
| | 4/20/2006 | Ending Balance | | 0.70 |

INMATE COPY