## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

GEORGE K. WHITMAN, III,
    Plaintiff,

                                    Case Number 3:06-cv-00134-TMB

v.

CHRIS LIU,
    Defendant.                  **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this habeas petition is DISMISSED without prejudice.

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: July 25, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      _____
                                        Ida Romack, Clerk of Court

[whitman judgment.wpd]{JMT2.WPT*Rev.3/03}