George W. Whitman, III
Name
#304521
Prison Number
Y.K.C.C.
Place of Confinement
Pouch 40
1000 Chief Eddie Hoffman
Address
(907) 543-JAIL
Telephone

RECEIVED
JUL 26 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Chris Liu )
   Plaintiff, )   Case No. 3:06-cv-134
vs. )
   ) MOTION
George Whitman ) to/for release from custody (Conviction Under Attack)
   Defendant(s). )

I, George Whitman, proceeding without lawyer, move to/for releasal from state's custody pursuant to §2254 motion under the following statute(s)/rule(s) (if known) un. N/A. unsure for the following reason(s): Conviction Under Attack. Pursuant to §2254 form. Release from state's custody upon judge/magistrate reviewing the Conviction Under Attack T. im/Motion pursuant to §2254 or §2241 motion.

PS 15 (effective 8/05)

Declaration Under Penalty of Perjury

I, George K. Whitman, III, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: July 26, 2006, at 3:15 P.M.

George Whitman III
Signature

Certificate of Service

I certify that, on _____ a copy of this motion was served, by first class U.S. mail, on _____ (opposing party or counsel) at _____

Signature

PS 15 (effective 8/05)

MOTION

2