George K. Whitman, III
Name
439431
Prison Number
Yukon-Kuskokwim Correctional Center
Place of Confinement
P.O. Box 400
1000 Chief Eddie Hoffman
Address
(907) 543-JAIL
Telephone

RECEIVED
JUL 26 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Liu, Chris,
    Plaintiff,
vs.
George K. Whitman, III,
    Defendant(s).

Case No. 3:06-cv-134

MOTION

to/for right to counsel

I, George K. Whitman, III, proceeding without a lawyer, move to/for appointment of counsel under the following statute(s)/rule(s) (if known) sixth amendment right for the following reason(s): petition for §2254 form - WRIT OF HABEAS CORPUS - PURSUANT TO 28 U.S.C. § 2254. Motion for Appointment of Counsel. Prisoner's Declaration and Application to proceed in Forma Pauperis.

PS 15 (effective 8/05)

— Basically for sixth amendment right to counsel. Successive appeal procedure. - §2254 motion.

### Declaration Under Penalty of Perjury

I, George K. Whitman, III, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: July 20, 2006 , at 2:45 P.M.

George K. Whitman, III
Signature

oops!  ↑ please h'ep

### Certificate of Service
(handing to c/o)

oop!  I certify that, on July 20, 2006 , a copy of this   oops!
(Date of mailing or handing to c/o)
motion was served, by first class U.S. mail, on   N/A - none known or
instructed to send to   at Yukon-Kuskokwim Correctional Center

George Whitman
Signature

oops!

PS 15 (effective 5/05)                                            MOTION

2