Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B

## Alaska Department of Corrections
## YUKON-KUSKOKWIM CC
### STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 03/01/2006   To: 03/31/2006

RECEIVED JUL 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Page 1 of 1

**ACCOUNT TRANSACTION DETAIL:**

**Account: FUNDS AVAILABLE**
Account Balance: 0.70

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 0.70 |
| | | Ending Balance | | | 0.70 |

**Account: FORCED SAVINGS**
Account Balance: 42.00

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 42.00 |
| | | Ending Balance | | | 42.00 |

**MESSAGES:**
I/M REQUEST

I certify this to be a true copy of the original document
SIGNATURE   DATE

Offender #: 439431   USP #: 439431   WHITMAN, GEORGE KULIK III   Location: YUKON-KUSKOKWIM   Cell: A5B