UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  GEORGE K. WHITMAN, III  </u>   v.   <u> CHRIS LIU </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                           CASE NO.  <u>3:06-cv-00134-TMB</u>

<u> Elisa Singleton </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 28, 2006

On July 25, 2006, this Court dismissed George Whitman's habeas case for failure to exhaust his state court remedies.[1] On July 26, 2006, the Court received from Mr. Whitman, a motion for release from custody, and a motion to appoint counsel.[2] Neither motion contains any additional information which would lead the Court to change its previous orders.

As explained in its order of dismissal, Mr. Whitman may not file a habeas action in this Court until all issues that he wishes to raise are exhausted in the state courts by presentation first to the Alaska Superior Court then, if he is unhappy with that result, to the Alaska Court of Appeals and then, if he is unhappy with that result, in a petition for hearing to the Alaska Supreme Court.

This case remains DISMISSED, without prejudice, and CLOSED. Other than the filing of an appeal, any further papers submitted by Mr. Whitman in this case may be disregarded by the Court.

IT IS SO ORDERED.

---

[1] *See* Docket Nos. 12, 13.

[2] *See* Docket Nos. 14, 15.

[whitman closed19.wpd]{IA.WPD*Rev.12/96}